Mathew K. Higbee, Esq. SBN 241380
Ryan E. Carreon, Esq., SBN 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8373
(714) 597-6559 facsimile
Email: mhigbee@higbee.law
rcarreon@higbee.law

*Attorney for Plaintiff,*
GAVIN O'NEILL,

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

GAVIN O'NEILL

                Plaintiff,

v.

NATURALLY BY THE BOUTIQUE
d/b/a NATURALLY BY STEVI and
DOES 1 through 10 inclusive,

                Defendant.

Case No. 2:23-cv-7943

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

**(1) COPYRIGHT INFRINGEMENT**

**DEMAND FOR JURY TRIAL**

Plaintiff, Gavin O'Neill alleges as follows:

## JURISDICTION AND VENUE

1.    This is a civil action seeking damages and injunction relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101 *et seq.*

2.    This Court has subject matter jurisdiction over Plaintiff's claims for copyright infringement pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

3.    This Court has personal jurisdiction over Defendant because Defendant conducts business and/or resides within this judicial district, Defendant's acts of infringement complained of herein occurred in this judicial district, and Defendant caused injury to Plaintiff within this judicial district.

4.    Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and

1

COMPLAINT

1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred. Alternatively, venue is also proper pursuant to 28 U.S.C. § 1400(b) because the Defendant resides and has a regular and established place of business in this judicial district.

## PARTIES

5.    Plaintiff Gavin O'Neill ("O'Neill") is an individual and professional photographer.

6.    Defendant Naturally by the Boutique Inc. d/b/a Naturally By Stevi ("Defendant" or "Naturally") is a California Corporation with a principal place of business in Beverly Hills, California.

7.    Plaintiff is unaware of the true names and capacities of the Defendants sued herein as DOES 1 through 10, inclusive, and for that reason, sues such Defendants under such fictitious names. Plaintiff is informed and believes and on that basis alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by the conduct of said Defendants. Plaintiff will seek to amend the complaint when the names and capacities of such fictitiously named Defendants are ascertained. As alleged herein, "Defendant" shall mean all named Defendants and all fictitiously named Defendants.

8.    For the purposes of this Complaint, unless otherwise indicated, "Defendant" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives and insurers of the Defendants named in this caption.

## FACTUAL ALLEGATIONS

### *Plaintiff Gavin O'Neill Is A Professional Photographer*

9.    Gavin O'Neill is a highly successful freelance photographer, specializing in hair and beauty photography.

10.    O'Neill often travels across the globe for his clients as well as personal

1  projects that he funds to build his portfolio

2      11.    O'Neill's social media following is substantial with over 142,000
3  followers on his Instagram account, @gavinoneillphoto

4      12.    O'Neill's work has been featured in several top fashion and beauty
5   publications, including *Vogue, Marie Claire, Glamour, Cosmopolitan,* and *GQ.*

6      13.    O'Neill's work has been used commercially by brands such as *Gillette,*
7  *Olay, Garnier, KKW Beauty, L'Oreal, LUX, Rolls Royce*, and many more

8      14.    O'Neill's livelihood depends on receiving compensation for the
9  photograph he produces, and the copyright protection afforded to O'Neill's work
10 deters would-be infringers from copying and profiting from his work without
11 permission.

12     15.    O'Neill is the sole creator and exclusive rights holder to a beauty
13 photograph of model laying on her side ("Beauty Photograph").

14     16.    Attached hereto as Exhibit A is a true and correct copy of the Beauty
15 Photograph.

16     17.    O'Neill has registered the Beauty Photograph with the United States
17 Copyright Office under registration VA 2-026-613.

18     ***Defendant Naturally by the Boutique is a commercial business with online***
19                              ***marketing***

20     18.    Upon information and belief, Defendant is and was at all relevant times,
21 the  owner  and  operator  of  a  commercial  website  https://naturallyby.com/
22 ("Defendant's Website").

23     19.    According Defendant's Website, Naturally is a beauty specialist, best
24 known   for   their   eyebrow   related   products   and   services.   *See*
25 https://naturallyby.com/pages/naturally-by-stevi.

26     20.    Defendant's Website contains an online store, which sells its products,
27 and provides an online mechanism to make appointments for their brow treatments.
28 *Id.*

COMPLAINT

21.   On information and belief, Defendant operates an Instagram page, @naturallyby that promotes the Defendant's products and services, https://www.instagram.com/naturallyby/ ("Defendant's Instagram").

### *Defendant's Infringing Conduct*

22.   On or about October 6, 2020 O'Neill discovered his Beauty Photograph on Defendant's Instagram ("Infringing Post").

23.   Attached as Exhibit B is a true and correct copy of O'Neill's Beauty Photograph as used on Defendant's Instagram.

24.   On Defendant's Instagram, Defendant's biography section includes a link to Defendant's Website, where users can access Defendant's products and book an appointment for Defendant's services.

25.   Plaintiff made several attempts to resolve this claim with Defendant directly but was unable to do so.

26.   O'Neill does not have record of the Beauty Photograph being licensed to Defendant nor had O'Neill granted permission for Defendant to make a copy or publicly display the Beauty Photograph on Defendant's Instagram with the Infringing Post.

27.   On information and belief, Defendant's use of the Beauty Photograph was deliberate and willful because it knew or should have known that it did not purchase a license to use the Beauty Photograph.

### CAUSE OF ACTION
### COPYRIGHT INFRINGEMENT
### 17 U.S.C. § 101 *et seq.*

28.   Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein. Plaintiff did not consent to, authorize, permit, or allow in any manner the said use of Plaintiff's unique and original Beauty Photograph.

29.   Plaintiff is informed and believes and thereon alleges that the Defendant willfully infringed upon Plaintiff's copyrighted Beauty Photograph in

violation of Title 17 of the U.S. Code, in that it used, published, communicated, benefited through, posted, publicized, and otherwise held out to the public for commercial benefit, the original and unique Beauty Photograph of the Plaintiff without Plaintiff's consent or authority, and acquired monetary gain and market benefit as a result.

30.    Specifically, Defendant made unauthorized copies and then publicly displayed the Beauty Photograph with the Infringing Post on Defendant's Instagram.

31.    As a result of Defendants' violations of Title 17 of the U.S. Code, Plaintiff is entitled to any actual damages pursuant to 17 U.S.C. §504(b), or statutory damages in an amount up to $150,000.00 if willful or up to $30,000 if unintentional pursuant to 17 U.S.C. § 504(c).

32.    Plaintiff is also entitled to injunctive relief to prevent or restrain infringement of her copyright pursuant to 17 U.S.C. § 502.

COMPLAINT

1

2
## **PRAYER FOR RELIEF**

3
**WHEREFORE**, Plaintiff prays for judgment against Defendant as follows:

4
•       For an award of actual damages and disgorgement of all of Defendant's

5
profits attributable to the infringement as provided by 17 U.S.C. § 504 in an amount

6
to be proven or, in the alternative, at Plaintiff's election, an award for statutory

7
damages against Defendant in an amount up to $150,000.00 for each infringement

8
pursuant to 17 U.S.C. § 504(c), whichever is larger;

9
•       For costs of litigation and reasonable attorney's fees against each Defendant

10
pursuant to 17 U.S.C. § 505;

11
•       For an injunction preventing each Defendant from further infringement of all

12
copyrighted works of the Plaintiff pursuant to 17 U.S.C. § 502;

13
•       For pre judgment interest as permitted by law; and

14
•       For any other relief the Court deems just and proper.

15
•

16
Dated: September 22, 2023                    Respectfully submitted,

17
                                             **/s/ Mathew K. Higbee**
                                             Mathew K. Higbee, Esq.
18
                                             Cal. Bar No. 241380
                                             **HIGBEE & ASSOCIATES**
19
                                             1504 Brookhollow Dr., Ste 112
                                             Santa Ana, CA 92705-5418
20
                                             (714) 617-8373
                                             (714) 597-6559 facsimile
21
                                             *Counsel for Plaintiff*

22

23

24

25

26

27

28

1

## **DEMAND FOR JURY TRIAL**

2     Plaintiff, Gavin O'Neill hereby demands a trial by jury in the above matter.

3

4    Dated: September 22, 2023                    Respectfully submitted,

5                                                 **/s/ Mathew K. Higbee**
                                                  Mathew K. Higbee, Esq.
6                                                 Cal. Bar No. 241380
                                                  **HIGBEE & ASSOCIATES**
7                                                 1504 Brookhollow Dr., Ste 112
                                                  Santa Ana, CA 92705-5418
8                                                 (714) 617-8373
                                                  (714) 597-6559 facsimile
9                                                 *Counsel for Plaintiff*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28