# Exhibit "A"



# Exhibit "B"

